**2005–0201.  Gass v. Massachusetts Mut. Life Ins. Co.**

Summit App. No. 21956.

O'DONNELL, J., dissents.

On motion for admission pro hac vice of David J. Manogue, Joseph N. Kravec, Jr., Bruce D. Greenberg, Andrew Friedman, and Barry A. Weprin by Clair M. Car. Motion granted.

**2005–0243.  Arrington v. Daimler Chrysler Co.**

Summit App. Nos. 22108, 22270, 22271, 22272, 22273, 22274, 22284, 22285 and 22311, 2004-Ohio-7180.

MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2005–0391.  State v. Bruce.**

Hamilton App. No. C–040421, 159 Ohio App.3d 562, 2005-Ohio-373, 824 N.E.2d 609. Discretionary appeal and discretionary cross-appeal accepted and cause consolidated with 2005–0499, *State v. Bruce,* Hamilton App. No. C–040421, 159 Ohio App.3d 562, 2005-Ohio-373, 824 N.E.2d 609; cause held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.